

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Diana Godines, individually and on
behalf of Amando Godines, Sr., deceased;
Michael Godines; Amando Godines, Jr.;
and Deanna Quitugua,

\* From the 238th District Court
of Midland County,
Trial Court No. CV-52178.

Vs. No. 11-16-00110-CV

\* May 31, 2018

Precision Drilling Company, L.P.,

\* Memorandum Opinion by Willson, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Appellants.